1  COOLEY LLP
   KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
2  RYAN E. BLAIR (246724) (rblair@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:    (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY LLP
   JEFFREY M. KABAN (235743) (jkaban@cooley.com)
6  JEFFREY M. WALKER (280505) (jwalker@cooley.com)
   3175 Hanover Street
7  Palo Alto, CA  94304
   Telephone:    (650) 843-5000
8  Facsimile:    (650) 849-7400

   Attorneys for Defendants
9  SIENTRA, INC., HANI ZEINI, MATTHEW PIGEON,
   NICHOLAS SIMON, R. SCOTT GREER, KEVIN
10 O'BOYLE, and JEFFREY NUGENT

11 [*Additional counsel listed on signature page*]

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14 | OKLAHOMA POLICE PENSION & | Case No. 5:15-cv-05549-EJD |
   | RETIREMENT SYSTEM, Individually and | |
15 | on Behalf of All Others Similarly Situated, | CLASS ACTION |
   |                        Plaintiff, | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
16 | v. | **REMOVING FROM CALENDAR THE INITIAL** |
17 | SIENTRA, INC., et al., | **CASE MANAGEMENT CONFERENCE** |
   |                        Defendants. | DATE:  N/A |
18 | | TIME:  N/A |
19 | | JUDGE: Hon. Edward J. Davila |
   | | CTRM:  4, 5th Floor |
20 | ANGELO ALBANO, et al., Individually and | |
21 | on Behalf of All Others Similarly Situated, | |
   |                        Plaintiffs, | Case No. 5:15-cv-05550-EJD |
22 | v. | |
23 | SIENTRA, INC., et al., | |
   |                        Defendants. | |
24 | HOWARD KLEIMAN, Individually and on | |
25 | Behalf of All Others Similarly Situated, | Case No. 5:15-cv-5553-EJD |
   |                        Plaintiff, | |
26 | v. | |
27 | SIENTRA, INC., et al., | |
28 |                        Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIPULATION AND [PROPOSED] ORDER**
**REMOVING FROM CALENDAR THE INITIAL CMC**

Plaintiffs Oklahoma Police Pension & Retirement System, Angelo Albano, and Howard Kleiman (collectively "Plaintiffs") and defendants Sientra, Inc., Hani Zeini, Matthew Pigeon, Nicholas Simon, Timothy Haines, R. Scott Greer, Kevin O'Boyle, Jeffrey Nugent, Piper Jaffray & Co., Stifel, Nicolaus & Company, Incorporated, Leerink Partners LLC, and William Blair & Company, L.L.C. (collectively "Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 28, 2015, Plaintiff Oklahoma Police Pension & Retirement System filed a putative class action complaint (the "Oklahoma Police Pension Action") in the California Superior Court for the County of San Mateo, against Defendants, which was removed to this Court on December 4, 2015;

WHEREAS, on November 5, 2015, Angelo Albano filed a similar putative class action complaint in the California Superior Court for the County of San Mateo asserting the same or substantially similar claims against Defendants, captioned Albano, et al. v. Sientra, Inc., et al., Case No. 3:15-cv-5550-WHO (the "Albano Action"), which was removed to this District on December 4, 2015;

WHEREAS, on November 19, 2015, Howard Kleiman filed another similar putative class action complaint in the California Superior Court for the County of San Mateo asserting the same or substantially similar claims against Defendants, captioned Kleiman v. Sientra, Inc., et al., Case No. 3:15-cv-5553-HSG (the "Kleiman Action"), which was removed to this District on December 4, 2015;

WHEREAS, the Albano Action and the Kleiman Action were related to the Oklahoma Police Pension Action and reassigned to this Court on December 29, 2015;

WHEREAS, Plaintiffs moved to remand the Oklahoma Police Pension Action, the Albano Action, and the Kleiman Action (the "Related Actions") on December 15, 2015, Defendants filed oppositions to Plaintiffs' motions to remand on January 19, 2016, and Plaintiffs filed their reply briefs on January 25, 2016;

WHEREAS, the Parties jointly consented to and the Court ordered the determination of the motions to remand based on the papers submitted without oral argument;

1 | WHEREAS, the Court entered an order/minute entry setting an Initial Case Management Conference in the three Related Actions for May 5, 2016 at 10 a.m.;

WHEREAS, in relation to the May 5, 2016 Initial Case Management Conference, the Parties are required to file Rule 26(f) Reports and Case Management Statements on April 28, 2016 and to meet and confer in relation to these Rule 26(f) Reports and Case Management Statements no later than April 14, 2016;[1]

WHEREAS, the Plaintiffs' motions to remand in the three Related Actions are still pending before the Court and, as a result, all discovery and further proceedings are currently stayed;

WHEREAS, the Parties have agreed to take the Initial Case Management Conference off calendar during the pendency of the motions to remand, and will reset the conference and the other related deadlines if it becomes necessary to do so.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1.  The May 5, 2016 Initial Case Management Conference is removed from the Court's calendar and all other related deadlines are continued accordingly.

Dated: April 14, 2016                COOLEY LLP

                                     */s/Koji F. Fukumura*
                                     KOJI F. FUKUMURA (189719)

                                     Attorneys for Defendants
                                     SIENTRA, INC., HANI ZEINI, MATTHEW
                                     PIGEON, NICHOLAS SIMON, R. SCOTT
                                     GREER, KEVIN O'BOYLE, and JEFFREY
                                     NUGENT

---

[1] These deadlines were set forth in the Order Setting Initial Case Management Conference and ADR Deadlines associated with Docket Number 12. The "Proceeding Text" docket entry associated with Docket Number 12 provides different deadlines. The Parties share the understanding that the deadlines established by the Order Setting Initial Case Management Conference and ADR Deadlines, and not those in the docket's "Proceeding Text" field, apply.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2016 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | */s/Charlene S. Shimada* |
| 4 | | CHARLENE S. SHIMADA (91407) |
| 5 | | Attorneys for Defendants<br>PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, LEERINK PARTNERS LLC, and WILLIAM BLAIR & COMPANY, L.L.C. |
| 8 | Dated: April 14, 2016 | ROBBINS GELLER RUMAN & DOWD LLP |
| 10 | | */s/ Matthew S. Melamed* |
| 11 | | MATTHEW S. MELAMED (260272) |
| 12 | | Attorneys for Plaintiff<br>OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM |
| 14 | Dated: April 14, 2016 | JOHNSON & WEAVER, LLP |
| 17 | | */s/ Shawn E. Fields* |
| | | SHAWN E. FIELDS (255267) |
| 18 | | Attorneys for Plaintiffs<br>ANGELO ALBANO and CHARLES ALBANO D/B/A/ CA PRODUCTIONS |
| 21 | Dated: April 14, 2016 | ABRAHAM, FRUCHTER & TWERSKY LLP |
| 24 | | */s/ Ian D. Berg* |
| | | IAN D. BERG (263586) |
| 25 | | Attorneys for Plaintiff<br>HOWARD KLEIMAN |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.   STIPULATION AND [PROPOSED] ORDER
REMOVING FROM CALENDAR THE INITIAL CMC

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: April 14, 2016         COOLEY LLP

*/s/Koji F. Fukumura*
KOJI F. FUKUMURA (189719)

Attorneys for Defendants
SIENTRA, INC., HANI ZEINI, MATTHEW PIGEON, NICHOLAS SIMON, R. SCOTT GREER, KEVIN O'BOYLE, and JEFFREY NUGENT

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. The Initial Case Management Conference currently set for April 28, 2016 at 2 p.m. has been taken off calendar and the Court will reset the conference and the other related deadlines if it becomes necessary to do so.

Dated: April 15, 2016

Honorable Edward J. Davila
United States District Judge